**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA**


LYNN A. THOMAS,                      )
                                     )
                 Plaintiff,    )
                                     )
vs.                                  )    CIV-12-123-FHS-KEW
                                     )
CAROLYN W. COLVIN, Acting       )
Commissioner of the Social      )
Security Administration,[1]     )
                                     )
                 Defendant.    )


<u>**ORDER**</u>


On September 12, 2013, the United States Magistrate Judge
for this District filed Findings and Recommendations in this
case.  No objection was filed so the Findings are deemed
confessed.


The Findings and Recommendations suggest that the case be
**REVERSED AND REMANDED** for further administrative proceedings.
This Court finds the Findings of the Magistrate Judge applied the
proper standards and documents numerous references to the record
which support the recommendation of the Magistrate Judge that the
Secretary's decision be **REVERSED AND REMANDED.**


Upon consideration of the entire record and the issues
herein, this Court finds and orders that the Findings and
Recommendations of the United States Magistrate Judge be

---

[1]On February 14, 2013, Carolyn W. Colvin became the Acting
Commissioner of Social Security. In accordance with Fed. R. Civ.
P. 25(d), Ms. Colvin is substituted for Michael J.
Astrue as the Defendant in this action.

**SUSTAINED** and adopted by this Court as this Court's Findings and Order.  Accordingly, this case is **REVERSED AND REMANDED** to the defendant under the fourth sentence of 42 U.S.C. §405(g) for proceedings consistent with this order.

**IT IS SO ORDERED** this 27th day of September, 2013.


Frank H. Seay
United States District Judge
Eastern District of Oklahoma